8942.   McREE *v.* ATLANTIC COAST LINE RAILROAD COMPANY.

LUKE, J.   1. It is not ground for a new trial to the plaintiff that the court allowed the defendant railroad company to show by him, on cross-examination, that in the course of several years preceding the burning of the house for which a recovery was sought in this case, and which burning he alleged and by circumstantial evidence sought to show was caused by fire set out by a locomotive of the defendant, several other houses at the same place were burned.

2. The evidence authorized the verdict for the defendant, and the instructions complained of contain no error that requires a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED MARCH 14, 1918.

Action for damages; from city court of Valdosta—Judge Cranford.   May 18, 1917.

*Whitaker & Dukes,* for plaintiff.

*Bennet & Branch, Patterson & Copeland,* contra.

---

8943.   COOK *v.* DANIEL.

WADE, C. J.   Under the liberal rule obtaining in this State, the court erred in declining to allow the proffered amendment which set up that the value of the mule damaged by the defendant's automobile was partially and not wholly destroyed.   With this amendment allowed, recovery for the value of its feed and the attention expended on the mule during the period of its convalescence from the injury was allowable in connection with a recovery for the *partial* depreciation of its market value, and the court therefore erred in dismissing the petition as corrected by the proposed amendment. *City of Columbus* v. *Anglin,* 120 *Ga.* 785, 793 (48 S. E. 318).

> *Judgment reversed. Jenkins and Luke, JJ., concur.*
> DECIDED MARCH 14, 1918.

Action for damages; from Marion superior court—Judge Howard.   April 25, 1917.

*George P. Munro, T. B. Rainey,* for plaintiff.

*John C. Butt,* for defendant.